**Al TIMSANICO, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

No. 19121.

United States Court of Appeals
Ninth Circuit.

Sept. 19, 1964.

John R. Black, Richard R. Black, Black & Black, Pocatello, Idaho, for appellant.

Sylvan A. Jeppesen, U. S. Atty., Robert E. Bakes, Asst. U. S. Atty., Boise, Idaho, for appellee.

Before HAMLEY, KOELSCH, and BROWNING, Circuit Judges.

PER CURIAM.

Appellant appeals his conviction under 18 U.S.C. § 1153. We have examined the specifications of error in the light of the record and are satisfied that none have merit.

**UNITED STATES of America,**
**Appellant,**

v.

**BOSSIER PARISH SCHOOL BOARD**
**et al., Appellees.**

No. 20903.

United States Court of Appeals
Fifth Circuit.

Aug. 25, 1964.

St. John Barrett, Washington, D. C., Edward L. Shaheen, U. S. Atty., Shreve-port, La., Harold H. Greene, Alan G. Marer, Washington, D. C., Burke Marshall, Asst. Atty. Gen., Alanson W. Willcox, General Counsel, Harold W. Horowitz, Associate General Counsel, Edwin H. Yourman, Asst. General Counsel, Harry J. Chernock, Paula Aronowitz, Mordecai Johnson, Attorneys, Department of Health, Education and Welfare, Washington, D. C., of counsel, for appellant.

Jack P. F. Gremillion, Carroll Buck, George M. Ponder, Baton Rouge, La., William P. Schuler, Arabi, La., Louis H. Padgett, Jr., Bossier City, La., John B. Benton, Jr., Minden, La., W. Scott Wilkinson, Shreveport, La., for appellees.

Before BROWN, MOORE * and GEWIN, Circuit Judges.

PER CURIAM.

This case presents the identical issue disposed of in United States v. Madison County Bd. of Education, 5 Cir., 1964, 326 F.2d 237 [rehearing denied, April 10, 1964], and on that authority the case must be affirmed.

Affirmed.